James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
19712 MacArthur Blvd., Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
kctang@millershah.com

*Counsel for Plaintiff Eleanora C. Woods*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANORA C. WOODS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ENNKAR, INC.,<br><br>　　　　　Defendant. | Case No.  8:21-cv-01646-DOC-KES<br><br>**NOTICE OF RESOLUTION**<br><br>Judge: Hon. David O. Carter |

　　　Plaintiff Eleanora Woods ("Plaintiff"), for herself and on behalf of Defendant Ennkar, Inc. (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of their differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in due course, once the Parties have finalized their resolution.  In the meantime, the Parties respectfully request that the Court vacate all pending deadlines (including the upcoming court conference) and stay the case, and that the Court retain jurisdiction and not dismiss the matter until after the parties have fully resolved this matter.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 19, 2022 | MILLER SHAH LLP |
| 3 | | |
| 4 | | /s/ *Kolin C. Tang* |
| | | James C. Shah (SBN 260435) |
| 5 | | Kolin C. Tang (SBN 279834) |
| 6 | | MILLER SHAH LLP |
| | | 19712 MacArthur Blvd., Suite 222 |
| 7 | | Irvine, CA 92612 |
| | | Telephone: (866) 540-5505 |
| 8 | | Facsimile: (866) 300-7367 |
| 9 | | Email: jcshah@millershah.com |
| | | kctang@millershah.com |
| 10 | | |
| 11 | | Christopher E. Roberts (admitted *pro hac vice*) |
| | | BUTSCH ROBERTS & ASSOCIATES LLC |
| 12 | | 231 S. Bemiston Avenue, Suite 260 |
| 13 | | Clayton, Missouri 63105 |
| | | Telephone: (314) 863-5700 |
| 14 | | Facsimile: (314) 863-5711 |
| 15 | | Email: CRoberts@butschroberts.com |
| 16 | | *Attorneys for Plaintiff Eleanora Woods* |

## CERTIFICATE OF CM/ECF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:    January 19, 2022        MILLER SHAH LLP

                                        By:/s/ *Kolin C. Tang*
                                              Kolin C. Tang

                                        *Counsel for Plaintiff*